UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH JORDAN,

    Plaintiff,

v.

TIMOTHY RIFE, et al.,

    Defendants.

_____/

Case No. 2:23-cv-109

HON. JANE M. BECKERING

# ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendant Rife filed a Motion for Summary Judgment (ECF No. 20). Plaintiff also filed a Motion for Summary Judgment (ECF No. 23). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 26) on February 21, 2025, recommending that this Court deny Plaintiff's motion and grant Defendant Rife's motion. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 26) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 23) is DENIED.

**IT IS FURTHER ORDERED** that Defendant Rife's Motion for Summary Judgment (ECF No. 20) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections to the Report and Recommendation. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

    A Judgment will be entered consistent with this Order.


Dated: March 21, 2025                                      /s/ Jane M. Beckering
                                                            JANE M. BECKERING
                                                            United States District Judge